UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **WEST POST INVESTMENTS, LLC,** | | |
| Plaintiff, | : | |
| v. | | Case No. 2:24-cv-3670<br>Chief Judge Sarah D. Morrison<br>Magistrate Judge Elizabeth A. Preston Deavers |
| **FRANKENMUTH INSURANCE COMPANY,** | : | |
| Defendant. | | |

## ORDER

West Post Investments, LLC first filed this action in the Franklin County Court of Common Pleas. (*See* ECF No. 1-1.) Frankenmuth Insurance Company then removed to this Court on the basis of diversity jurisdiction. (ECF No. 1.) On July 29, 2024, West Post stipulated that its maximum recovery is $75,000. (ECF No. 10.) It moves for remand to State Court on that basis. (ECF No. 12.) The time for filing a response to that motion has passed, and none was filed. The Motion is **GRANTED**. This case is **REMANDED** to the Franklin County Court of Common Pleas.

    IT IS SO ORDERED.

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON**
    **UNITED STATES DISTRICT JUDGE**